UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JERALD DAVIS, Plaintiff,

v. Civil Action No. 3:14-cv-777-DJH

GLA COLLECTION CO., INC., et al., Defendants.

\* \* \* \* \*

## ORDER

Plaintiff Jerald Davis and Defendant EOS CCA having filed a Joint Stipulation of Dismissal (Docket No. 25), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Plaintiff's claims against Defendant EOS CCA are **DISMISSED** with prejudice. This dismissal shall not affect Plaintiff's claims against any other defendant.

April 6, 2015

**David J. Hale, Judge**
**United States District Court**

1