UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JERALD DAVIS,     Plaintiff,

v.     Civil Action No. 3:14-cv-777-DJH

GLA COLLECTION COMPANY, INC. et al,     Defendants.

\* \* \* \* \*

## ORDER

Plaintiff Jerald Davis and Defendant Equifax Information Services, LLC having filed a Joint Stipulation of Dismissal (Docket No. 28), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Plaintiff's claims against Defendant Equifax Information Services, LLC are **DISMISSED** with prejudice.  This dismissal shall not affect Plaintiff's claims against any other defendant.

April 27, 2015

**David J. Hale, Judge**
**United States District Court**

1