# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

JERALD DAVIS,

                Plaintiff,

v.

GLA COLLECTION CO., INC., PORTFOLIO RECOVERY ASSOCIATES, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC,

                Defendants.

**Case 3:14-CV-00777-H**

**NOTICE OF SETTLEMENT OF JERALD DAVIS AND PORTFOLIO RECOVERY ASSOCIATES, LLC**

Please take notice that Plaintiff, Jerald Davis, has tentatively resolved this dispute with Defendant Portfolio Recovery Associates, LLC ("PRA"). Subject to the parties' anticipated finalization of the terms of a written settlement agreement, Plaintiff and PRA anticipate that Plaintiff will file a Notice of Dismissal with Prejudice of the above captioned case within thirty to forty-five days.

Respectfully submitted this 8th day of June, 2015.

                                             /s/ R. Brooks Herrick
                                             Joseph N. Tucker, Esq.
                                             R. Brooks Herrick, Esq.
                                             DINSMORE & SHOHL LLP
                                             101 South Fifth Street
                                             Suite 2500
                                             Louisville, Kentucky 40202
                                             Phone: 502-540-2300
                                             Fax: 502-585-2207
                                             joseph.tucker@dinsmore.com
                                             brooks.herrick@dinsmore.com
                                             *Counsel for Defendant,*
                                             *Portfolio Recovery Associates, LLC*

## CERTIFICATE OF SERVICE

It is hereby certified that a copy of the foregoing was served to the persons at the addresses set forth below via the CM/ECF system this 8th day of June, 2015.

James H. Lawson, Esq.
Lawson at Law, PLLC
115 S. Sherrin Ave.
Suite 4
Louisville, KY 40207
james@kyconsumerlaw.com
*Counsel for Plaintiffs*

          s/ R. Brooks Herrick
*Counsel for Defendant,*
*Portfolio Recovery Associates, LLC*

9698657v1

2