# UNITED STATES DISTRICT COURT
for the
## Western District of Kentucky
## Louisville Division

| | |
|---|---|
| Jerald Davis )<br>    *Plaintiff* )<br>)<br>v. )<br>)<br>GLA Collection Co., Inc. *et al.* )<br>    *Defendants* )<br>) | Case No. 3:14-cv-00777-JGH |

### Notice of Settlement

    Please take notice that Plaintiff has reached a settlement with Defendant Trans Union, LLC. Once the settlement is final, the parties will file a joint dismissal with prejudice. This is not intended to and does not affect Plaintiff's claims against any other Defendant in this action.

Respectfully Submitted,

_____
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue
Unit #4
Louisville, KY 40207
(502) 473-6525
Email: james@kyclc.com

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of July, 2015, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ James H. Lawson
James H. Lawson
*Counsel for Plaintiff*