# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

JERALD DAVIS,

      Plaintiff,

v.

             **Case 3:14-CV-00777-H**

GLA COLLECTION CO., INC.,
PORTFOLIO RECOVERY
ASSOCIATES, LLC, EQUIFAX
INFORMATION SERVICES, LLC,     **JOINT STIPULATION OF**
EXPERIAN INFORMATION       **DISMISSAL WITH PREJUDICE**
SOLUTIONS, INC., TRANS UNION,
LLC,

      Defendants.
_____)

   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jerald Davis and

Defendant Portfolio Recovery Associates, LLC, hereby jointly request that this Court dismiss

Plaintiff's claims against Portfolio Recovery Associates, LLC with prejudice. The parties shall

bear their own costs and fees. This Stipulation is not intended to and does not affect Plaintiff's

claims against any other Defendant.

Dated: August 5, 2015        Dated: August 5, 2015

/s/ James H. Lawson (w/ permission)    /s/ R. Brooks Herrick
James H. Lawson, Esq.       Joseph N. Tucker, Esq.
LAWSON AT LAW, PLLC      R. Brooks Herrick, Esq.
115 S. Sherrin Ave., Suite 4     DINSMORE & SHOHL LLP
Louisville, KY 40207       101 South Fifth St., Suite 2500
Ph: (502) 473-6525       Louisville, KY 40202
Fax: (502) 473-6561       Ph: (502) 540-2300
Fax: (502) 257-7309       Fax: (502) 585-2207
james@kyconsumerlaw.com     joseph.tucker@dinsmore.com
*Counsel for Plaintiff*       brooks.herrick@dinsmore.com
               *Counsel for Defendant*
               *Portfolio Recovery Associates, LLC*

## <u>CERTIFICATE OF SERVICE</u>

It is hereby certified that a copy of the foregoing was served via Electronic Filing to the person listed below this 5th day of August 2015:

James H. Lawson
Lawson at Law, PLLC
115 S. Sherrin Avenue
Suite 4
Louisville, KY 40207
Tel:     (502) 473-6525
Fax:     (502) 473-6561
james@kyconsumerlaw.com

<u>s/ R. Brooks Herrick</u>
*Counsel for Portfolio Recovery Associates, LLC*

9814431v1