# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

| | |
|---|---|
| JERALD DAVIS,<br>    Plaintiff,<br><br>  v.<br><br>GLA COLLECTON CO., INC.;<br>PORTFOLIO RECOVERY<br>ASSOCIATES, LLC; EQUIFAX<br>INFORMATION SERVICES, LLC;<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.; TRANS<br>UNION, LLC and EOS CCA;<br>    Defendants. | CASE NO. 3:14-cv-00777-DJH-DW<br><br>**ELECTRONICALLY FILED**<br><br>Judge David J. Hale<br>Magistrate Judge Dave Whalin |

### STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY

Plaintiff Jerald David, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

                     Respectfully submitted,

Date:  August 11, 2015         *s/ James H. Lawson (with consent)*
                       James H. Lawson, Esq.
                       Lawson at Law, PLLC
                       115 South Sherrin Avenue, Suite 4
                       Louisville, KY  40207
                       Telephone:  (502) 473-6525
                       Fax:  (502) 473-6561
                       E-Mail:  james@kyconsumerlaw.com

                       *Counsel for Jerald Davis*

| Date: August 11, 2015 | s/ Camille R. Nicodemus |
|---|---|
| | William R. Brown, Esq. (IN #26782-48) |
| | Camille R. Nicodemus, Esq. (IN #24528-49) |
| | (admitted *Pro Hac Vice*) |
| | Schuckit & Associates, P.C. |
| | 4545 Northwestern Drive |
| | Zionsville, IN  46077 |
| | Telephone:  317-363-2400 |
| | Fax:  317-363-2257 |
| | E-Mail:  wbrown@schuckitlaw.com |
| | cnicodemus@schuckitlaw.com |

*Counsel for Defendant, Trans Union, LLC*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **11th day of August, 2015**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| James H. Lawson, Esq. <br> james@kyclc.com | William E. Smith, III, Esq. <br> wsmith@k-glaw.com |
|---|---|
| M. Jane Brannon, Esq. <br> mjbrannon@jacksonkelly.com | Matthew A. Samberg, Esq. <br> msamberg@jonesday.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **11th day of August, 2015**, properly addressed as follows:

| None. | |
|---|---|

 s/ Camille R. Nicodemus
William R. Brown, Esq. (IN #26782-48)
Camille R. Nicodemus, Esq. (IN #24528-49)
 (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  wbrown@schuckitlaw.com
          cnicodemus@schuckitlaw.com

*Counsel for Defendant, Trans Union, LLC*
