# UNITED STATES DISTRICT COURT
for the
### Western District of Kentucky
### Louisville Division

| | |
|---|---|
| Jerald Davis ) | |
|     *Plaintiff* ) | |
| ) | |
| v. ) | Case No. 3:14-cv-00777-JGH |
| ) | |
| GLA Collection Co., Inc. *et al.* ) | |
|     *Defendants* ) | |

### Notice of Settlement

Please take notice that Plaintiff has reached a settlement with Defendant GLA Collection Co., Inc. Once the settlement is final, the parties will file a joint dismissal with prejudice. This is not intended to and does not affect Plaintiff's claims against any other Defendant in this action.

Respectfully Submitted,

_____
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue
Unit #4
Louisville, KY 40207
(502) 473-6525
Email: james@kyclc.com

-2-

## CERTIFICATE OF SERVICE

 I hereby certify that on the 28th day of September, 2015, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

      /s/ James H. Lawson
      James H. Lawson
      *Counsel for Plaintiff*