# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **Jerald Davis,**<br>      **Plaintiff,**<br><br>                *v.*<br><br>**Experian Information Solutions, Inc.,** *et al.*,<br>      **Defendants.** | **Louisville Division**<br>**Case No.:    3:14-cv-777-DJH-DW** |

### Notice of Settlement Between Plaintiff and Defendant Experian

Defendant Experian Information Solutions, Inc. hereby notifies the Court that it has reached a settlement with Plaintiff in this matter. Once the settlement is finalized, the parties will file a Stipulation of Dismissal with Prejudice. This notice applies only to Defendant Experian Information Solutions, Inc.

Dated: October 2, 2015

Respectfully submitted,

*/s/ Matthew Samberg*

Matthew A. Samberg (admitted *pro hac vice*)
Jones Day
500 Grant St., Suite 4500
Pittsburgh, PA 15232
T: 412-391-3939
F: 412-394-7959
msamberg@jonesday.com
*Counsel for Defendant*
*Experian Information Solutions, Inc*

## Certificate of Service

  I certify that on October 2, 2015, I served the foregoing document on all counsel of record via ECF.

*/s/ Matthew Sandberg*