UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| JERALD DAVIS ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CASE NO. 3:14-cv-00777-JGH |
| ) | |
| GLA COLLECTION CO., INC., et al ) | |
| ) | |
| Defendants ) | |

## STIPULATION OF DISMISSAL

The Plaintiff, Jerald Davis, by counsel, James H. Lawson of the law firm of Lawson at Law, PLLC, and the Defendant, GLA Collection Co., Inc., by counsel, William E. Smith, III, of the law firm of Kightlinger & Gray, LLP, stipulate that matters in controversy in the above-entitled cause of action involving the Plaintiff, Jerald Davis, and the Defendant, GLA Collection Co., Inc., including all claims contained in Plaintiff's Complaint as directed against the Defendant, GLA Collection Co., Inc., have been fully compromised and settled.

It is further stipulated that all parties shall bear their own costs. It is therefore further stipulated and agreed that the Complaint is hereby dismissed by the Plaintiff with prejudice as to the Defendant, GLA Collection Co., Inc.

/s/ James H. Lawson (with permission)
James H. Lawson
Lawson at Law, PLLC
115 S. Sherrin Ave., Suite 4
Louisville, KY 40207
(502) 473-6525
james@kyclc.com
Counsel for Plaintiff

/s/ William E. Smith, III
William E. Smith, III
Kightlinger & Gray, LLP
Bonterra Building, Suite 200
3620 Blackiston Boulevard
New Albany, IN 47150
(812) 949-2300
wsmith@k-glaw.com
Counsel for Defendant,
GLA Collection Co., Inc.

141487\3018080-1