# UNITED STATES DISTRICT COURT
for the
### Western District of Kentucky
### Louisville Division

| | |
|---|---|
| Jerald Davis ) | |
|     *Plaintiff* ) | |
| ) | |
| v. ) | Case No. 3:14-cv-00777-JGH |
| ) | |
| GLA Collection Co., Inc. *et al.* ) | |
|     *Defendants* ) | |
| ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Jerald Davis and Defendant Experian Information Solutions, Inc. ("Experian") by counsel, hereby jointly request that this Court dismiss Plaintiff's claims Experian with prejudice. This Stipulation resolves all Plaintiff's remaining claims in this action.

| | |
|---|---|
| Dated: February 16, 2016 | Dated:   February 16, 2016 |
| /s/ James H. Lawson | /s/ Matthew A. Samberg (with permission) |
| **James H. Lawson** | **Matthew A. Samberg** |
| *Lawson at Law, PLLC* | Jones Day - Pittsburgh |
| 115 S. Sherrin Avenue, Suite 4 | 500 Grant Street, Suite 4500 |
| Louisville, KY 40207 | Pittsburgh, PA 15219 |
| Tel: (502) 473-6525 | 412-391-3939 |
| E-mail: james@kyclc.com | Fax: 412-394-7959 |
| *Counsel for Plaintiff* | Email: msamberg@jonesday.com |
| *Jerald Davis* | *Counsel for Defendant Experian* |