UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

JERALD DAVIS,                                                                                       Plaintiff,

v.                                                                       Civil Action No. 3:14-cv-777-DJH-DW

GLA COLLECTION CO., INC., et al.,                                                           Defendants.

\* \* \* \* \*

## ORDER

Plaintiff Jerald Davis and Defendant Experian Information Solutions, Inc. have filed a stipulation of dismissal with prejudice as to all claims asserted against Experian in this action. (Docket No. 48)  This stipulation resolves all remaining claims.  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)     All claims asserted against Defendant Experian Information Solutions, Inc. in this matter are **DISMISSED** with prejudice.

(2)     This matter is **DISMISSED** with prejudice and **STRICKEN** from the Court's docket.  All dates and deadlines are **VACATED**.

February 17, 2016

**David J. Hale, Judge
United States District Court**

1